UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EDWARDS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina corporation, JIMMY DOE, an individual; and DOES 1-25, inclusive.<br><br>　　　　　　　Defendants. | Case No.: 1:23-CV-00363-KES-BAM<br>*[Tulare Superior Court Case No.: VCU289410]*<br><br>**[PROPOSED]** ORDER MODIFYING SCHEDULING ORDER<br><br><br>Complaint Filed:  November 12, 2021 |

The Court, having read and considered the Parties' Stipulation to Modify the Court's Order Modifying Scheduling Order dated December 20, 2023, and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED THAT PRETRIAL DATES ARE EXTENDED AS FOLLOWS:

| | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cut-Off | May 24, 2024 | August 23, 2024 |
| Expert Disclosure (Initial) | June 21, 2024 | September 20, 2024 |
| Expert Disclosure (Rebuttal) | July 12, 2024 | October 11, 2024 |

| Expert Discovery Cut-Off | August 16, 2024 | November 15, 2024 |
| --- | --- | --- |
| Pre-trial Motion Filing Deadline | September 20, 2024 | January 17, 2025 |
| Pre-Trial Conference | February 18, 2025 1:30 p.m. | **June 23, 2025** 1:30 p.m. |
| Jury Trial | May 28, 2025 8:30 a.m. | August 26, 2025 9:00 a.m. |

Any dates not modified by this Order remain as originally set.

IT IS SO ORDERED.

Dated:   **April 25, 2024**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
**[PROPOSED]** ORDER MODIFYING SCHEDULING ORDER