STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

E-Mail:  sforman@tharpe-howell.com
E-Mail:  abreuer@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EDWARDS, | Case No.: 1:23−CV−00363−KES−BAM |
|                   Plaintiff, | *[Tulare Superior Court Case No.: VCU289410]* |
| v. | |
| LOWE'S HOME CENTERS, LLC, a North Carolina corporation, JIMMY DOE, an individual; and DOES 1-25, inclusive. | **JOINT NOTICE OF SETTLEMENT** |
|                   Defendants. | |
| | Complaint Filed:  November 12. 2021 |

///

///

///

///

///

///

///

///

///

///

///

- 1 -
**JOINT NOTICE OF SETTLEMENT**

**TO THE COURT:**

Counsel for plaintiff JUSTIN EDWARDS and defendant LOWE'S HOME CENTERS, LLC jointly submit this Notice of Settlement to notify the Court that the parties have reached a settlement agreement in this litigation. The parties request that this Court take all dates off calendar.

Respectfully submitted,

Dated: July 29, 2024                    THARPE & HOWELL, LLP

                                        */s/ Andrea Breuer*

                                        By: _____
                                        STEPHANIE FORMAN
                                        ANDREA BREUER
                                        Attorneys for Defendant,
                                        LOWE'S HOME CENTERS, LLC

Dated: July 29, 2024                    DOWNTOWN L.A. LAW GROUP

                                        */s/ Vanessa M. Fantasia*

                                        By: _____
                                        DANIEL AZIZI
                                        VANESSA M. FANTASIA
                                        Attorneys for Plaintiff,
                                        JUSTIN EDWARDS

***Pursuant to Rule 131(e), Andrea Breuer, the filer of this document, attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.***

**JOINT NOTICE OF SETTLEMENT**

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.  At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2.  My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3.  I served copies of the following documents (specify the exact title of each document served):

**JOINT NOTICE OF SETTLEMENT**

4.  I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Vanessa Fantasia, Esq.<br>DOWNTOWN L.A. LAW GROUP<br>910 S. Broadway<br>Los Angeles, CA 90015<br>Tel: (213) 389-3765<br>Fax: (877) 389-2775<br><br>Vanessa.Fantasia@downtownlalaw.com<br>cc:  Guadalupe Guzman<br>Guadalupe@downtownlalaw.com | Attorneys for Plaintiff,<br>JUSTIN EDWARDS |

5.  a.  **X**    **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6.  I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

07/29/2024        Savanna Ornelas                        *[signature]*
DATE            (TYPE OR PRINT NAME)            (SIGNATURE OF DECLARANT)

I:\33000-000\33076\Pleadings\FEDERAL\Jt. Notice of Settlement.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221